**Objection Deadline: February 27, 2020**
**Reply Deadline: March 2, 2020 at 4:00 p.m.**
**Hearing Date and Time: March 5, 2020 at 2:00 p.m.**

Christopher Paul Anton
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
canton@gibbonslaw.com
Attorneys for Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> Robert Gordon Abramson, <br><br> Debtor. | Case No. 19-10997-mg <br><br> Chapter 7 |
| Murray Palent, as Executor of the Estate of Arthur Palent, <br><br> Plaintiff, <br> v. <br><br> Robert Gordon Abramson, <br><br> Defendant. | Adv. Proc. No. 19-01309-mg |

**NOTICE OF MOTION OF MURRAY PALENT, AS EXECUTOR OF THE ESTATE OF ARTHUR PALENT, PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL BANKRUPTCY RULE 4007-2(b) FOR APPROVAL OF A STIPULATION OF SETTLEMENT**

**PLEASE TAKE NOTICE** that a hearing on the annexed motion (the "**Motion**"), of plaintiff Murray Palent, as Executor of the Estate of Arthur Palent **("Plaintiff")**, for entry of an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Local Bankruptcy Rule 4007-2(b) for approval of a Stipulation of Settlement of

Adversary Proceeding to Determine Dischargeability of Debt, dated as of January 10, 2020 between Plaintiff and Defendant Robert Gordon Abramson, **("Defendant")** as more fully set forth in the Motion, will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 523, One Bowling Green, New York, New York 10004 (the "**Bankruptcy Court**") on **March 5, 2020 at 2:00 p.m. (Eastern Time)** (the "**Hearing**"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "**Objections**") to this Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and on Gibbons P.C., attorneys for Plaintiff, One Gateway Center, Newark, New Jersey 07102-5310, so as to be filed and received no later than **February 27, 2020** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, Plaintiff may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: February 11, 2020
Short Hills, New Jersey

**GIBBONS P.C.**

By: */s/ Christopher Paul Anton*
    Christopher Paul Anton (CA 1732)
    GIBBONS P.C.
    One Gateway Center
    Newark, New Jersey 07102-5310
    (973) 596-4500
    canton@gibbonslaw.com

    Attorneys for Plaintiff Murray Palent, as
    Executor of the Estate of Arthur Palent